the defendant from a judgment of the County Court, Dutchess County (Greller, J.), rendered July 16, 2014, as amended December 1, 2014, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment, as amended, is affirmed.

The defendant's challenge to the factual sufficiency of his plea allocution is unpreserved for appellate review (*see People v Lopez*, 71 NY2d 662, 665 [1988]). In any event, the defendant's plea was knowingly, voluntarily, and intelligently entered (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d at 666; *People v Narbonne*, 131 AD3d 626, 627 [2015]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Balkin, J.P., Leventhal, Austin and Duffy, JJ., concur.